# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE; ORECK CORPORATION HALO VACUUM AND AIR PURIFIERS MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENTS RELATES TO:<br><br>ALL CASES | CASE NO.<br>2:12ML02317-CAS(JEMX)<br>2:11CV05321-CAS(JEMX);<br>5:11CV01082-CAS(JEMX);<br>2:11CV08725-CAS(JEMX);<br>2:12CV00949-CAS(JEMX);<br>2:12CV00950-CAS(JEMX); AND<br>2:12CV00951-CAS(JEMX)<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ **ORDER RE DISMISSAL** |

[PROPOSED] ORDER RE DISMISSAL

1       WHEREAS, on March 25, 2015 the United States Bankruptcy Court for the Middle District of Tennessee ("Bankruptcy Court") entered an Order pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 approving a global compromise and settlement of various disputes (the "Settlement");

      WHEREAS, the Settlement includes a resolution of the claims asserted in this Multi-District Litigation;

      WHEREAS, under the Settlement, the named Plaintiffs in the constituent cases shall dismiss the entire action, as against all Defendants, with prejudice as to the claims of the named Plaintiffs, provided the dismissal shall have no impact or effect upon claims of Plaintiffs as against any person or entity other than Defendants;

      WHEREAS, the Parties, by and through their counsel, have stipulated that the entire action be dismissed under Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice as to the claims of the named Plaintiffs.

      IT IS SO ORDERED THAT THE ABOVE-ENTITLED MATTER BE DISMISSED WITH PREJUDICE AS TO THE CLAIMS OF THE NAMED PLAINTIFFS.

Dated: July 21, 2015        By: _____
                                       CHRISTINA A. SNYDER
                                       HONORABLE JUDGE OF THE
                                       UNITED STATES DISTRICT COURT